IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Scot Kelsh,<br><br>            Plaintiff,<br><br>     vs.<br><br>City of Fargo,<br><br>            Defendant. | **ORDER ADOPTING STIPULATION**<br><br>Case No. 3:18-cv-269 |

Before the Court is a "Stipulation for Dismissal with Prejudice and Without Costs, Disbursements, or Attorney's Fees" filed on February 7, 2020. Doc. No. 42. The Court **ADOPTS** the stipulation (Doc. No. 42) in its entirety and **ORDERS** the action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 10th day of February, 2020.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court